Jack Levy, OSB No. 933420
Email: jack@theglb.com
Chin See Ming, OSB No. 944945
Email: ming@theglb.com
GILBERT | LEVY | BENNETT
5400 Meadows Road, Suite 150
Lake Oswego, OR  97035
Telephone:  (971) 312-0660
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DEVELOPERS SURETY AND INDEMNITY COMPANY**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL GENTRY CONSTRUCTION, INC.**, an Oregon corporation, doing business as **GENTRY CONSTRUCTION**; and **SARA E. CLARK**, an individual,<br><br>Defendants. | Case No. 3:22-cv-1860<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Developers Surety and Indemnity Company hereby dismisses this action with prejudice and without costs and fees to any party.

///

///

///

Page 1 – PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Dated this 21ˢᵗ day of March, 2023.

                                                  GILBERT | LEVY | BENNETT

                                By:   *s/ Chin See Ming*
                                      Jack Levy, OSB No. 933420
                                      Email: jack@theglb.com
                                      Chin See Ming, OSB No. 944945
                                      Email: ming@theglb.com

                                      Attorneys for Plaintiff Developers
                                      Surety and Indemnity Company

Page 2 – PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL